RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Bryan Haynie

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00100-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| BRYAN HAYNIE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Bryan Haynie, that the Revocation Hearing currently scheduled on June 12, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The supervised release petition alleges new violations which are pending in state court. The alleged new law violations are the subject of a pending state case. A preliminary hearing on the state case (Case No. 22-CR-051161) is set for July 17, 2024, at 9:30am. The

parties need additional time to see the resolution of the state court case or reassess how to move forward.

2.  The defendant is out of custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 10th day of June, 2024.


RENE L. VALLADARES
Federal Public Defender


By /s/ Aden Kahssai
ADEN KAHSSAI
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney


By /s/ Lauren Ibanez
LAUREN IBANEZ
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00100-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| BRYAN HAYNIE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 12, 2024 at 10:00 a.m., be vacated and continued to _August 14, 2024_ at the hour of 11:00 a.m.

DATED this 11 day of June, 2024.

_____

UNITED STATES DISTRICT JUDGE