SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
LAUREN IBANEZ
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lauren.ibanez@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN HAYNIE,<br><br>Defendant. | Case No. 2:22-cr-00100-GMN-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>*(Fifth Request)* |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, through the undersigned, together with Benjamin Nemec, counsel for Bryan Haynie that the Revocation Hearing currently scheduled on February 18, 2025, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 180 days.

This Stipulation is entered into for the following reasons:

1. Defendant, Bryan Haynie, is currently in state custody at High Desert State Prison.

2. The parties request additional time so that Defendant can resolve his pending state charges.

3. The parties agree to the continuance.

///

1

4. This is the fifth request to continue the Revocation Hearing.

DATED this 18th day of February, 2025.

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

| /s/ Lauren Ibanez | /s/ Benjamin Nemec |
|---|---|
| LAUREN IBANEZ | BENJAMIN NEMEC |
| Assistant United States Attorney | Attorney for Defendant Bryan Haynie |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRYAN HAYNIE,

    Defendant.

Case No. 2:22-cr-00100-GMN-DJA

**ORDER**

**ORDER**

Based on the pending stipulation of the parties and for good cause shown,

IT IS ORDERED that the Revocation Hearing currently scheduled on February 18, 2025, at 10:00 a.m., is vacated and continued to _____August 20_____, 2025, at __9:00 a.m.__.

DATED this __18__ day of February, 2025.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1