RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Bryan Haynie

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN HAYNIE,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00100-GMN-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Bryan Haynie, that the Revocation Hearing currently scheduled on October 7, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Haynie is serving a 12-48 month sentence in state custody that was imposed in *Nevada v. Haney*, Case No. C-24-387720-1 (8th Jud. Dist. Ct.).

　　　　2.　　Defense counsel learned on August 6, 2025, that Mr. Haynie was granted parole.

3.   Defense counsel since has learned that Mr. Haynie's parole date is October 24, 2025.

4.   The state will not transport Mr. Haynie to the October 7, 2025 revocation hearing. Accordingly, a continuance is necessary.

5.   The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

DATED this 25th day of September, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Lauren Ibanez<br>LAUREN IBANEZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN HAYNIE,<br><br>　　　　Defendant. | Case No. 2:22-cr-00100-GMN-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 7, 2025 at 10:00 a.m., be vacated and continued to November 12, 2025 at the hour of 11:00 a.m.

　　DATED this 25 day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE